IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KASONIA L. CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. |
| BURLINGTON NORTHERN SANTA | § | 4:15-CV-00366-O |
| FE, LLC, F/K/A BURLINGTON | § | |
| NORTHERN SANTA FE | § | |
| CORPORATION A/K/A | § | |
| BURLINGTON NORTHERN SANTA | § | DEMAND FOR JURY TRIAL |
| FE RAILWAY A/K/A BNSF, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day came on to be considered Defendant's Emergency Motion to Preserve Documents. Having considered the Motion, the Court is of the opinion that the Motion should be, and hereby is, GRANTED.

It is THEREFORE ORDERED and DECREED that (1) Plaintiff immediately turn over the Manilla folder and its contents in her possession to the court reporter; and (2) the court reporter submit the Manilla folder and its contents to the Court for in camera inspection to determine whether such records either contain relevant information or are reasonably calculated to lead to the discovery of admissible evidence.

SIGNED this 16th day of December, 2015.

_[signature]_
UNITED STATES DISTRICT JUDGE