IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KASONIA L. CARTER,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| **BURLINGTON NORTHERN SANTA FE LLC f/k/a BURLINGTON NORTHERN SANTA FE CORPORATION a/k/a BURLINGTON NORTHERN SANTA FE RAILWAY a/k/a BNSF,** | § § § § § § § | Civil Action No. 4:15-cv-366-O |
| Defendant. | § § | |

## ORDER

Before the Court is Defendant's Motion for Order to Show Cause and Motion for Spoliation Sanctions (ECF No. 43), filed December 18, 2015. The Court finds that expedited briefing is necessary to resolve Defendant's Motion and advance the case in a timely fashion. *See* L.R. 7.1. Accordingly, it is **ORDERED** that the plaintiff respond to the motion **on or before December 23, 2015**. Plaintiff should address the specific evidentiary issues identified by Defendant and provide Plaintiff's availability for a hearing on the motion should such a hearing become necessary.

**SO ORDERED** on this **21st day** of **December, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE