IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KASONIA L. CARTER,  § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> BURLINGTON NORTHERN SANTA FE § <br> LLC f/k/a BURLINGTON NORTHERN § <br> SANTA FE CORPORATION a/k/a § <br> BURLINGTON NORTHERN SANTA FE § <br> RAILWAY a/k/a BNSF, § <br> § <br> Defendant. § | Civil Action No. 4:15-cv-366-O |

## ORDER REFERRING MOTION

Before the Court are Defendant's Motion for Order to Show Cause (ECF No. 43), filed December 18, 2015, and Plaintiff's Response (ECF No. 46), filed December 23, 2015. The Court hereby **REFERS** this motion and all related, response, replies, briefs in support, appendices, etc., to United States Magistrate Judge Cureton for hearing, if necessary, and determination or recommendation to this Court. *See* 28 U.S.C. § 636(b).

**Future pleadings concerning these specific motions shall be filed with a transmittal letter addressed to Magistrate Judge Cureton so copies can be sent directly to him without delay.**

**SO ORDERED** on this **24th day** of **December, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE