IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KASONIA L. CARTER § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-366-O |
| § | |
| BURLINGTON NORTHERN SANTA, § | |
| LLC, F/K/A BURLINGTON § | |
| NORTHERN SANTA FE § | |
| CORPORATION A/K/A § | |
| BURLINGTON NORTHERN SANTA FE § | |
| RAILWAY A/K/A BNSF § | |

### ORDER SETTING HEARING ON DEFENDANT'S MOTION FOR SHOW CAUSE HEARING, CONTEMPT AND SANCTIONS FOR SPOLIATION OF EVIDENCE AND PLAINTIFF'S MOTION FOR SANCTIONS

Pending before the Court are the following two motions: (1) Defendant's Motion for Show Cause Hearing, Contempt and Sanctions for Spoliation of Evidence [doc. 43], filed December 18, 2015 and (2) Plaintiff's Motion for Sanctions [doc. 46], filed December 23, 2015. Having carefully considered the issues raised, the Court concludes that a hearing is necessary regarding the motions.

Based on the foregoing, it is **ORDERED** that a hearing will be held on the above-referenced motions at **3:00 p.m. on Thursday, January 14, 2016** in Judge Cureton's Courtroom on the 5th Floor, Room 508 of the Eldon B. Mahon United States Courthouse, 501 W. 10th St., Fort Worth, Texas, 76102.

Any exhibit and witness lists shall be filed **no later than 12:00 p.m. on Wednesday, January 13, 2016**.

SIGNED January 4, 2016.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE