**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KASONIA L. CARTER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **4:15-CV-00366-O** |
| | § | |
| **BURLINGTON NORTHERN SANTA** | § | |
| **FE, LLC, F/K/A BURLINGTON** | § | |
| **NORTHERN SANTA FE** | § | |
| **CORPORATION A/K/A** | § | **DEMAND FOR JURY TRIAL** |
| **BURLINGTON NORTHERN SANTA** | § | |
| **FE RAILWAY A/K/A BNSF,** | § | |
| | § | |
| **Defendant.** | § | |

**APPENDIX IN SUPPORT OF BNSF'S REPLY TO PLAINTIFF'S
RESPONSE TO MOTION FOR SHOW CAUSE HEARING,
CONTEMPT AND SANCTIONS FOR SPOLIATION OF EVIDENCE**

COMES NOW, Defendant BNSF Railway Company incorrectly named as Burlington Northern Santa Fe, LLC, f/k/a Burlington Northern Santa Fe Corporation a/k/a Burlington Northern Santa Fe Railway a/k/a/ BNSF and files its Appendix in Support of its Reply to Plaintiff's Response to Defendant's Motion for Show Cause Hearing, Contempt and Sanctions for Spoliation of Evidence.

| **EXHIBIT** | **ITEM** | **PAGE NO.** |
|---|---|---|
| A | Declaration of Gaylord Sturgess dated December 30, 2015 | App. 1-2 |

Respectfully submitted,

_/s/ Russell D. Cawyer_
Russell D. Cawyer
State Bar No. 00793482
Paige P. Biggs
State Bar No. 24037810
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas  76102
Telephone:      (817) 332-2500
Telecopy:      (817) 878-9280
Email:  russell.cawyer@kellyhart.com
Email: paige.biggs@kellyhart.com

**ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

On January 6, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).


_/s/ Russell D. Cawyer_
Russell D. Cawyer

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KASONIA L. CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. |
| BURLINGTON NORTHERN SANTA | § | 4:15-CV-00366-O |
| FE, LLC, F/K/A BURLINGTON | § | |
| NORTHERN SANTA FE | § | |
| CORPORATION A/K/A | § | |
| BURLINGTON NORTHERN SANTA | § | |
| FE RAILWAY A/K/A BNSF, | § | |
| | § | |
| Defendant. | § | DEMAND FOR JURY TRIAL |

## DECLARATION OF GAYLORD STURGESS

| | |
|---|---|
| COUNTY OF TARRANT | § |
| | § |
| STATE OF TEXAS | § |

1.    "My name is Gaylord Sturgess.  I swear under the penalty of perjury that the following facts are true and correct and within my personal knowledge.  I am over the age of eighteen (18) years and have never been convicted of a felony."

2.    "I am an independent court reporter affiliated with Veritext Legal Solutions.  I have been a court reporter for over fifty years.

3.    "On December 16, 2015, I was assigned to take down the deposition of Kasonia Carter at the Fort Worth offices of Kelly Hart & Hallman LLP.  While I was setting up my equipment for the deposition, I observed Plaintiff with an open yellow file folder in front of her. On the top page of what appeared to be a number of documents, was a document containing a lot of handwriting on it.  The page with handwriting I saw on top of the file folder was the only page I could see, but I could see that it had a significant amount of handwriting on it.

EXHIBIT
A

4.    "When Ms. Carter gave me the file folder later in the deposition, the contents appeared to be different from what I observed prior to the start of the deposition.    The handwriting I saw on the top page of the file folder prior to the start of the deposition had a lot more handwriting on it than the single sheet of paper with a short list of grocery items on it.  The handwriting with the short list of grocery items was not the document with handwriting I saw on top of the folder right before the deposition started as it did not have nearly the same amount of handwriting on it. Additionally, the papers that I observed on the file folder before the deposition started appeared to be thicker than the documents that were turned over to me with the file folder.

5.    "Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct."

Executed on December 30, 2015.

_____

Gaylord Sturgess