**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KASONIA L. CARTER,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO: 4:15-CV-00366-O** |
| | § | |
| BURLINGTON NORTHERN SANTA FE, LLC, | § | |
| fka BURLINGTON NORTHERN SANTA FE | § | |
| CORPORATION aka BURLINGTON | § | |
| NORTHERN SANTA FE RAILWAY | § | |
| aka BNSF, | § | |
| | § | |
| *Defendants*. | § | *DEMAND FOR JURY TRIAL* |

### PLAINTIFF'S MOTION HEARING EXHIBIT LIST

Presiding Judge: Magistrate Judge Jeffrey L. Cureton - Courtroom Deputy: Julie Harwell
Trial/Hearing Date(s): January 14, 2016 @ 3:00 p.m.    Court Reporter:

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Hiram McBeth<br>McBeth Law Office | Russell Cawyer<br>Paige Biggs<br>Kelly Hart Hallman, LLP |

| EX# | DESCRIPTION | OFF | OBJ | ADM | WITNESS TESTIFYING |
|---|---|---|---|---|---|
| 1 | **Deposition of Kasonia Carter dated December 16, 2015 also identified as document #51** | | | | |
| 2 | **Affidavit of Kasonia Carter dated December 23, 2015 also identified as document #46-1** | | | | |